## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>SAGENT PHARMACEUTICALS, INC.<br><br>       Defendant. | Civil Action No.<br><br>2:14-cv-07556-SDW-SCM |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties Novartis Pharmaceuticals Corporation and Sagent Pharmaceuticals, Inc., by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, that:

1.  All claims, defenses, motions and petitions asserted by Novartis Pharmaceuticals Corporation against Sagent Pharmaceuticals, Inc., and counterclaims, defenses, motions and petitions asserted by Sagent Pharmaceuticals, Inc. are dismissed without prejudice; and

2.  Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

**SO STIPULATED:**

November 30, 2015

s/William J. O'Shaughnessy
William J. O'Shaughnessy
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2094
woshaughnessy@mccarter.com

s/ Marilyn Neiman
Marilyn Neiman
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
(212) 883-4900
mneiman@cozen.com

OF COUNSEL:

Lisa J. Pirozzolo
Kevin S. Prussia
Sean K. Thompson
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Amanda L. Major
Tracey C. Allen
Rachel W. Cohen
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

*Attorneys for Novartis Pharmaceuticals
    Corporation*

OF COUNSEL

Martin B. Pavane
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
(212) 883-4900

*Attorneys for Sagent Pharmaceuticals, Inc.*

**SO ORDERED** this _____ day of _____, 2015:

_____
Hon. Susan D. Wigenton
United States District Judge